# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENDRA MAIN AND KERRY DURR, JR.

VERSUS

MAISON CACHET OF GONZALES, L.L.C., DURAMED, INC., ET AL

NO.   2025 CW 0555

**JUNE 30, 2025**

---

In Re:   Maison Cachet of Gonzales, LLC d/b/a Francois Bend Senior Living, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 138228.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

**STAY DENIED; WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam) are not met.

**EW**

**WEF**

**Penzato, J.**, concurs in part and dissents in part. While I concur in the denial of the stay, I would grant the writ and reverse the district court's May 29, 2025 judgment which granted the motion to compel filed by plaintiffs. While plaintiffs argue that the financial information sought in the discovery at issue is relevant to the issue of whether defendant, Maison Cachet of Gonzales, LLC d/b/a Francois Bend Senior Living, is insolvent pursuant to La. R.S. 22:1269(B)(1)(b), in order to fall within an exception to the direct action statute, there is no allegation in the petition as to insolvency of defendant. In addition, plaintiffs did not produce any evidence at the hearing on the motion to compel to substantiate that there is a reasonable basis to show this information is relevant. Discovery is not to be used as a fishing expedition. **Molaison v. Cust-O-Fab Specialty Servs., LLC**, 2021-585 (La. App. 5th Cir. 6/1/22), 343 So.3d 866, 872.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT